UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FREDERICK LEWIS, JR.                                   CIVIL ACTION NO. 16-1115

VERSUS                                                        JUDGE ELIZABETH FOOTE

CITY OF SHREVEPORT                              MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

Before this Court is a Motion for Summary Judgment filed by Defendant City of Shreveport. [Record Document 14].

For the reasons announced in the foregoing Memorandum Ruling [Record Document 21],

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [Record Document 14] be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all claims against the City of Shreveport be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any other motions pending in this action be and are hereby **DENIED as moot.**

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** on this __8th__ day of February, 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE